**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LATOYA W. O'NEAL and
HAROLD BUTLER,

        Plaintiffs,                          CASE NO. 08-10795
                                                         HON. LAWRENCE P. ZATKOFF

v.

CITY OF DETROIT and
ROOSEVELT TIDWELL,

        Defendants.
_____/

## **ORDER TO REMAND IN PART**

Plaintiffs filed their Complaint in the Wayne County Circuit Court on November 14, 2007. Defendants timely removed the action to this Court on February 26, 2008, based on federal-question jurisdiction under 28 U.S.C. § 1331 and the Court's pendent jurisdiction. Plaintiffs' Complaint contains the following four counts:

    Count I               Battery (Defendant Tidwell only);

    Count II             Intentional Infliction of Emotional Distress (Defendant Tidwell only);

    Count III           Violation of 42 U.S.C. § 1983 (Defendant Tidwell only); and

    Count IV           Municipal Liability Against Defendant City.

The Court has subject-matter jurisdiction over Counts III and IV because they arise under federal law. 28 U.S.C. § 1331. Counts I and II, however, are based on state law. Although the Court has supplemental jurisdiction over state-law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *Id.* § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over

Plaintiffs' state-law claims in this matter. The Court finds that the contemporaneous presentation of Plaintiffs' parallel state claims for relief will result in the undue confusion of the jury. *See id.*; *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiffs' state-law claims (Counts I and II) are hereby REMANDED to the Wayne County Circuit Court. The Court retains jurisdiction over Plaintiffs' federal claims (Counts III and IV).

IT IS SO ORDERED.

                                                    s/Lawrence P. Zatkoff
                                                    LAWRENCE P. ZATKOFF
                                                    UNITED STATES DISTRICT JUDGE

Dated: March 13, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 13, 2008.

                                                    s/Marie E. Verlinde
                                                  Case Manager
                                                  (810) 984-3290